RE: Jorge Dambakli        ✓ PRO SE        Case # 22-16370 AJC

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows: Reviewed documents received prior to: 8/30/22

- ✓ Tax returns: 2020-2021     Corporate Tax Returns:
- ✓ Photo ID/SS card - Legible/Unredacted    ✓ LF 90    ✓ LF 67    ✓ LF 10
- ✓ Plan does not fund properly 1-60
  - Calculation errors    Missing months/amounts    Inconsistent terms    Plan form completed incorrectly
  - Attorney fee itemization or Fee Application needed (see court guideline 6)
  - Missing 2016(B)      ✓ Missing completed and signed copy of the Written Quest. to Debtor(s)
- ✓ Other provisions:    IVL     100%    Lawsuit    Gambling    ✓ MMM
  - Reaffirm, redeem or surrender Sch D or G creditor:
- ✓ MMM Motion not filed    ✓ Valuation motion not filed      Lien Avoidance Motion not filed
  - Priority debt on Schedule E not in plan:
- ✓ Creditor in Plan is not listed in Schedules or has not filed a POC: Melan by Lennar
- ✓ Creditor paid through the Plan has not filed a POC: The bank of NY & VIP Financial
- ✓ Object or Conform to Proof of Claim:    Miami-Dade County    Tax Certificate (DE# )   ✓ Dept of Revenue
  - IRS
- ✓ OTHER PLAN ISSUES: Amend plan to disclose SSN. Amend plan to hand writing

     Amend plan sect I to make proper box selection.
     Amend plan sect C, IV, V, VI, VII, XI to select "NONE"
     Amend plan sect III B 1 & 2 to disclose creditor acct#
     Amend plan sect III D to provide pymt details and acct #
     Real Estate FMV and Payoff:
     Non-Homestead Information Sheet:

- ✓ Vehicles FMV (NADA/Carmax), Reg and Payoff:
- ✓ Other:
- ✓ Bank Account Statements   ✓ 3 months pre-petition

     Copy of check(s) and/or explanation:
     Explanation of withdrawal(s):
     401K/Retirement/Pension      Annuity      Life Insurance Policy
     Domestic Support Obligation form complete with info: name, address and phone
     Wage deduction order or Motion to waive

- ✓ BDQ & attachments     ✓ Profit/loss   ✓ Balance Sheet
- ✓ Business Bank statements and checks   ✓ 3 months pre-petition

     Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*